IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-057-DCK

| ROBERT JEFFREY MORRIS | ) |
| NEETA MORRIS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| WAL-MART STORES, INC. | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Carl Horn, III, has provided a "Certification Of Mediation Report" (Document No. 15) notifying the Court that the parties reached a settlement on September 23, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **October 23, 2014**.

**IT IS FURTHER ORDERED** that "Defendant's Motion For Summary Judgment" (Document No. 10) is **DENIED AS MOOT**.

Signed: September 29, 2014

David C. Keesler
United States Magistrate Judge